UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                          Case No.  19 - 11164  ( JTD )

Debtor:  PWR Invest, LP, et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Michael J. Reiss of Latham & Watkins LLP

to represent  Chambers Energy Management, LP, as First Lien Agent, and Chambers Energy Capital III, LP, as First Lien Lender

in this action.

/s/ Michael R. Lastowski

Firm Name:  Duane Morris LLP
Address:  222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Phone:  (302) 657-4900
Email:  mlastowski@duanemorris.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Michael J. Reiss

Firm Name:  Latham & Watkins LLP
Address:  355 S. Grand Ave., Ste: 100
Los Angeles, CA 90071-1560
Phone:  (213) 891-7522
Email:  Michael.Reiss@lw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.