**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PWR INVEST, LP, *et al.*,[1] | Case No. 19-11164 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 122 |

**SUPPLEMENTAL DECLARATION OF CLARK ANSEL IN SUPPORT
OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC.
AS FINANCIAL ADVISORS FOR THE DEBTORS**

I, Clark Ansel, being duly sworn, state the following under penalty of perjury:

1.  I submit this supplemental declaration (the "Declaration") in support of the *Debtors' Application for an Order Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisors for the Debtors* [D.I. 122] (the "Application").[2]

2.  The following professionals from FTI, and their respective rates for 2019,[3] are as follows:

| Name | Title | 2019 Rate (per hour) |
|---|---|---|
| Albert Conly | Senior Managing Director | $1,195 |
| Clark Ansel | Senior Management Director | $895 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Oklahoma Merge, LP (1308), Oklahoma Merge Midstream, LP (8433), Oklahoma River Basin, LP (0385), PWR Oil and Gas General Partners, Inc. (4963), and PWR Invest, LP (7429). The mailing address for the Debtors is: 3710 Rawlins St., Suite 1100, Dallas, Texas 75219, with copies to Pronske & Kathman, P.C., c/o Jason P. Kathman, 2701 Dallas Pkwy, Suite 590, Plano, Texas 75093 and Barnes & Thornburg LLP, c/o Kevin G. Collins, 1000 N. West Street, Suite 1500, Wilmington, Delaware, 19801.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

[3] As indicated in paragraph 18 of the Application, FTI revises its hourly rates periodically.

| Josh Beets | Senior Director | $735 |
| --- | --- | --- |
| Colby Whitlow | Senior Consultant | $545 |
| Sawyer White | Consultant | $355 |

3.  FTI conducted a review of its contacts with the attorneys in the U.S. Trustee's office in this District, a copy of which list is attached hereto as Schedule 1. FTI's review, completed under my supervision, consisted of a query of the Schedule 1 parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. Based on the results of its review, FTI has determined that none of the parties listed on Schedule 1 are clients of FTI.

4.  FTI's internal computer database searches referenced herein and in my original declaration (attached as Exhibit B to the Application) includes clients of all divisions and subsidiary affiliates of FTI, including international entities.

5.  As part of its diverse practice, FTI appears in numerous cases, proceedings and transactions, in this and other districts, which involve members of the U.S. Trustee's office, including those listed on Schedule 1 hereto. Any such connections are completely unrelated to these chapter 11 cases and to the best of my knowledge and belief do not give rise to interests materially adverse to the Debtors in these chapter 11 cases.

6.  FTI is a global business advisory firm. As can be expected with respect to any international professional services firm such as FTI, FTI provides a wide range of services to many clients, which may include one or more entities with interests in these Chapter 11 cases. Prior to the Petition Date, FTI's Platt Sparks business segment was engaged by Continental Resources, Inc., in matters to provide petroleum engineering consulting services for review of well operations in a

property in North Dakota and a property in South Dakota; for review of royalty payment issues pertaining to oil and gas operations for properties in Oklahoma; and for review of paying quantity issues pertaining to oil and gas operations for properties in Oklahoma. Further, prior to the Petition Date, FTI's Platt Sparks business segment was engaged by Marathon Oil EF LLC and Marathon Oil EF II LLC in matters to provide petroleum engineering consulting services for review of a contractual dispute regarding a joint venture for wells in Texas and review of royalty payment issues pertaining to oil and gas operations for properties in Texas. In addition, prior to the Petition Date, FTI's Strategic Communications business segment was engaged by Cimarex Energy Co. to provide assistance on legislative, regulatory and policy matters. All of these matters are unrelated to the Debtors and to these Chapter 11 cases.

7. On May 28, 2019, Oklahoma Merge, LP paid $150,000 to FTI as a retainer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 25, 2019

                                                      Respectfully submitted,

                                                      */s/ Clark Ansel*
                                                      Clark Ansel
                                                      FTI Consulting, Inc.