**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PWR INVEST, LP, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-11164 (JTD)<br>(Jointly Administered)<br><br>**Related to Docket No. 155**<br>**Hearing Date:  October 23, 2019 at 11:00 a.m.** |

## SECURED PARTIES' WITNESS LIST FOR OCTOBER 23 AND 24, 2019 HEARING

PLEASE TAKE NOTICE that pursuant to the *Chambers Procedures of the Honorable John T. Dorsey*, Chambers Energy Management, LP (the "**Agent**") and Chambers Energy Capital III, LP (the "**Lender**" and together with the Agent, the "**Secured Parties**"), by and through their undersigned counsel, hereby designate the following witnesses whose testimony the Secured Parties may rely upon at the hearing scheduled to begin on October 23, 2019 at 11:00 a.m. (Eastern) (the "**Hearing**") in connection with:

(i)  *Motion of Chambers Energy Management, LP for an Order (i) Dismissing the Parent Cases, or (ii) in the Alternative, Granting Relief From the Automatic Stay, or (iii) in the Alternative, Appointing a Trustee, or (iv) in the Alternative, Terminating Exclusivity* [Docket No. 155] ("Motion to Rationalize"); and

(ii)  any other motion or matter that may go forward or be presented at the Hearing.

The Secured Parties may call the following witnesses at the Hearing:

Fact Witnesses:

(1)  Robert Chambers, President and CEO of Chambers Energy Management, LP – The scope of Mr. Chambers' testimony is expected to relate to issues relevant to the Motion to Rationalize.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Oklahoma Merge, LP (1308) (formerly known as Gaedeke Merge, LP), Oklahoma Merge Midstream, LP (8433) (formerly known as Gaedeke Merge Midstream, LP), Oklahoma River Basin, LP (0385) (formerly known as Gaedeke River Basin, LP), PWR Oil and Gas General Partners, Inc. (4963), and PWR Invest, LP (7429). The mailing address for the Debtors is: 3710 Rawlins St., Suite 1100, Dallas, Texas 75219, with copies to Pronske & Kathman, P.C., c/o Jason P. Kathman, 2701 Dallas Pkwy, Suite 590, Plano, Texas 75093 and Barnes & Thornburg LLP, c/o Kevin G. Collins, 1000 N. West Street, Suite 1500, Wilmington, Delaware 19801.

(2) Sabine Stener, CEO of Gaedeke Group, LLC – The scope of Mrs. Stener's testimony is expected to relate to issues relevant to Motion to Rationalize.

(3) Mark Reed, President of Oklahoma Merge, LP (by deposition) – The scope of Mr. Reed's testimony is expected to relate to issues relevant to the Motion to Rationalize.

(4) Glenn Lickstein, Vice President of Oklahoma Merge, LP (by deposition) – The scope of Mr. Lickstein's testimony is expected to relate to issues relevant to Motion to Rationalize.

(5) Josh Beets, FTI Consulting (by cross examination)

(6) Julie Lennon, General Counsel of Gaedeke Group, LLC (by cross examination)

### Reservation of Rights

The Secured Parties reserve the right to (a) call and cross-examine any witness designated by any other party; (b) object to any witness designated by any other party; and (c) supplement this list with further designations of witnesses, or call any additional witness, in light of the development of evidence during the Hearing or any later scheduled hearing.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: October 22, 2019<br>Wilmington, Delaware | DUANE MORRIS LLP<br><br>/s/ Jarret P. Hitchings<br>Michael R. Lastowski (DE 3892)<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail:  MLastowski@duanemorris.com<br>           JPHitchings@duanemorris.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Adam J. Goldberg, Esq.<br>Jeffrey T. Mispagel, Esq.<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>E-mail:  Adam.Goldberg@lw.com<br>           Jeffrey.Mispagel@lw.com<br><br>- and -<br><br>Michael J. Reiss, Esq.<br>Tiffany M. Ikeda<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>E-mail:  Michael.Reiss@lw.com<br>           Tiffany.Ikeda@lw.com<br><br>*Counsel to Chambers Energy Management, LP, as First Lien Agent, and Chambers Energy Capital III, LP, as First Lien Lender* |