**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PWR INVEST, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11164 (JTD)<br>(Jointly Administered)<br><br>**Hearing Date: October 23-24, 2019 at 11:00 a.m. ET** |

## DEBTORS' WITNESS LIST FOR OCTOBER 23-24, 2019 HEARING

Oklahoma Merge, LP ("Merge") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby designate the following witnesses whose testimony the Debtors may rely upon at the hearing scheduled for October 23-24, 2019 at 11:00 a.m. (ET) (the "Hearing") in connection with the *Motion of Chambers Energy Management, LP for an Order (i) Dismissing the Parent Cases or (ii) in the Alternative, Granting Relief from the Automatic Stay or, (iii) in the Alternative, Appointing a Trustee, or, (iv) in the Alternative, Terminating Exclusivity* [Docket No. 155; Filed 9/24/2019] (the "Trustee Motion") and any other matter or motion that may go forward or be presented at the Hearing.

The Debtors may call the following witness at the Hearing:

1) Robert Chambers (live, by cross-examination)

2) Sabine G. Stener (live, by cross-examination)

3) Julie Lennon (live, by examination in case-in-chief) – The scope of Ms. Lennon's testimony is expected to relate to issues relevant to the Trustee Motion, the responses

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Oklahoma Merge, LP (1308), Oklahoma Merge Midstream, LP (8433), Oklahoma River Basin, LP (0385), PWR Oil & Gas General Partners, Inc. (4963), and PWR Invest, LP (7429). The mailing address for the Debtors is: 3710 Rawlins St., Suite 1100, Dallas, Texas 75219, with copies to Pronske & Kathman, P.C., c/o Jason P. Kathman, 2701 Dallas Pkwy, Suite 590, Plano, Texas 75093 and Barnes & Thornburg LLP, c/o Kevin G. Collins, 1000 N. West Street, Suite 1500, Wilmington, Delaware, 19801.

thereto and replies in support thereof.

4) Josh Beets (live, by examination in case-in-chief) – The scope of Mr. Beets' testimony is expected to relate to issues relevant to the Trustee Motion, the responses thereto and replies in support thereof.

5) Robert Hendricks (by deposition) – The scope of Mr. Hendricks' testimony is expected to relate to issues relevant to the Trustee Motion, the responses thereto and replies in support thereof.

6) Phillip Pace (by deposition) – The scope of Mr. Pace's testimony is expected to relate to issues relevant to the Trustee Motion, the responses thereto and replies in support thereof.

Dated: October 22, 2019
Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (DE No. 4978)
Kevin G. Collins (DE No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
david.powlen@btlaw.com
kevin.collins@btlaw.com

-and-

PRONSKE & KATHMAN, P.C.

Gerrit M. Pronske (*pro hac vice*)
Jason P. Kathman (*pro hac vice*)
Brandon J. Tittle (*pro hac vice*)
2701 Dallas Parkway, Suite 590
Plano, TX 75093
Telephone: (214) 658-6500
Facsimile: (214) 658-6509
gpronske@pronskepc.com
jkathman@pronskepc.com
btittle@pronskepc.com

*Co-Counsel for the Debtors and Debtors-in-Possession*

-and-

MCCATHERN, PLLC

Levi G. McCathern, II (*pro hac vice*)
James E. Sherry (*pro hac vice*)
3710 Rawlins St., Suite 1600
Dallas, TX 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717
Email: lmccathern@mccathernlaw.com
Email: jsherry@mccathernlaw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*