IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PWR INVEST, L.P., et al., | ) | Case No. 19-11164 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. Nos. 155 and 280** |

## ORDER APPOINTING TRUSTEE

On September 24, 2019, Chambers Energy Management, LP, the Debtors' prepetition secured lender, filed a Motion for an Order Dismissing certain of the Debtors' cases, or, alternatively, Granting Relief from the Automatic Stay, Appointing a Chapter 11 Trustee, or Terminating Exclusivity (the "Motion to Appoint a Chapter 11 Trustee") D.I. 155. The Court held a two-day evidentiary hearing on October 23 and 24, 2019, during which the Court heard the testimony of three witnesses and received numerous documents into evidence. In addition, the parties submitted five deposition transcripts to the Court in connection with the hearing. Subsequently, on October 27, 2019, Debtors filed a Motion for Appointment of an Examiner as an alternative to Appointment of a Chapter 11 Trustee (the "Motion for Appointment of an Examiner") (D.I. 280) (collectively, the "Motions"). On November 26, 2019, the Court held a telephonic hearing on the Motions. For the reasons stated on the record, the Court ORDERS as follows:

1. The Motion to Appoint a Chapter 11 Trustee is GRANTED.

2. All other relief in the Motion to Appoint a Chapter 11 Trustee is DENIED as moot.

3. The Motion for Appointment of an Examiner is DENIED as moot.

Dated: November 26, 2019

JOHN T. DORSEY, U.S.B.J.