**EXHIBIT 2**

**Sale Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PWR INVEST, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11164 (JTD)<br><br>(Jointly Administered)<br><br>Re: D.I. 492 & ___ |

**NOTICE OF PROPOSED SALE,**
**BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

PLEASE TAKE NOTICE that the above-captioned debtors (the "**Debtors**") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") on May 22, May 23 and August 12, 2019, thereby commencing the above-captioned chapter 11 cases (the "**Cases**").

PLEASE TAKE FURTHER NOTICE that, on May 16, 2020, Michael A. McConnell, Esq., the duly appointed chapter 11 trustee for the Debtors (the "**Chapter 11 Trustee**"), filed a motion [D.I. 492] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an order (the "**Bidding Procedures Order**"): (i) approving proposed bidding procedures (the "**Bidding Procedures**") by which the Chapter 11 Trustee will solicit and select the highest or otherwise best offer for the sale ("**Sale**") of substantially all or a portion of the Debtors' assets (the "**Assets**") through one or more sales of the Assets (each, a "**Transaction**"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**"); (iii) authorizing and approving the Purchase Agreement with the stalking horse bidder (the "**Stalking Horse Bidder**") as a stalking horse bid; (iv) scheduling (a) a date for an auction if the Chapter 11 Trustee receives one or more timely and acceptable Qualified Bids (the "**Auction**") and (b) a final hearing (the "**Sale Hearing**") to approve one or more Transactions, as necessary; (v) approving the form and manner of notice of all procedures, schedules, and agreements; and (vi) granting related relief.

---

[1] The Debtors in these chapter 11 cases (collectively, the "**Cases**"), together with the last four digits of each Debtor's federal tax identification number, are as follows: Oklahoma Merge, LP (1308), Oklahoma Merge Midstream, LP (8433), Oklahoma River Basin, LP (0385), PWR Oil & Gas General Partners, Inc. (4963), and PWR Invest, LP (7429).  The mailing address of the Chapter 11 Trustee is Kelly Hart & Hallman LLP, Attn: Michael A. McConnell, Esq., 201 Main Street, Suite 2500, Fort Worth, TX 76102, with copies to Kelly Hart & Hallman LLP, c/o Nancy L. Ribaudo, 201 Main Street, Suite 2500, Fort Worth, TX 76102 and Morris, Nichols, Arsht & Tunnell LLP, c/o Derek C. Abbott and Joseph C. Barsalona II, 1201 North Market Street, Suite 1600, Wilmington, DE 19801.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.  Any summary of the Bidding Procedures Order or the Bidding Procedures contained herein is qualified in its entirety by the actual terms and conditions thereof.  To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control

PLEASE TAKE FURTHER NOTICE that, on [ ● ], 2020, the Court entered the Bidding Procedures Order [Docket No. [ ● ]].

**PLEASE TAKE FURTHER NOTICE that any party that wishes to take part in the sale process contemplated by the Bidding Procedures Order and submit a Bid for the Assets must submit its Bid in accordance with the terms and conditions of the Bidding Procedures, including the requirements for submitting a Qualified Bid, by 5:00 p.m. (Central Daylight Time) on June 19, 2020 (the "<u>Bid Deadline</u>"), except as otherwise provided in the Bidding Procedures with respect to the Stalking Horse Bidder.**

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, if the Chapter 11 Trustee receives more than one timely and acceptable Qualified Bid, the Chapter 11 Trustee will conduct the Auction on **June 22, 2020 at 10:00 a.m. (Central Daylight Time)**, or at such later date and time as selected by the Chapter 11 Trustee, at either (i) the offices of counsel for the Chapter 11 Trustee, Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102, (ii) telephonically, (iii) by video conference, or (iv) a combination of the foregoing.  Only Qualified Bidders and their legal and financial advisors, the U.S. Trustee and any creditors of the Debtors (including, for the avoidance of doubt, the Prepetition Lender) shall be entitled to attend the Auction.  The Qualified Bidders may speak or Bid themselves or through duly authorized representatives.  Only Qualified Bidders (including, for the avoidance of doubt, the Stalking Horse Bidder) will be entitled to Bid at the Auction.  **All interested or potentially affected parties should carefully read the Bidding Procedures and the Bidding Procedures Order.**

PLEASE TAKE FURTHER NOTICE that the Chapter 11 Trustee has the right to adjourn or cancel the Auction at or prior to the Auction.

PLEASE TAKE FURTHER NOTICE that the Chapter 11 Trustee's entry into that certain purchase agreement by and between the Chapter 11 Trustee on behalf of the Debtors and the Stalking Horse Bidder, dated June 3, 2020 (the "<u>**Purchase Agreement**</u>"), and filed on June 3, 2020 [D.I. 506] was authorized pursuant to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of a Transaction(s) and the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f) will be held before the Honorable John T. Dorsey of the United States Bankruptcy Court for the District of Delaware, at 824 N. Market Street, Wilmington, Delaware 19801 on June 24, 2020 at 2:00 p.m. (Eastern Daylight Time).  The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these Cases.**

PLEASE TAKE FURTHER NOTICE that any objections to the Transaction(s) (each, a "<u>Sale Objection</u>") must be filed and served so as to be actually received by the Objection Recipients no later than **June 17, 2020 at 4:00 p.m. (Eastern Daylight Time)** (the "<u>Sale Objection Deadline</u>").  The Objection Recipients are: (i) the Chapter 11 Trustee, Michael A. McConnell, Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102, Attn: Michael A. McConnell; (ii) counsel to the Chapter 11 Trustee, Kelly Hart & Hallman LLP,

201 Main Street, Suite 2500, Fort Worth, TX 76102, Attn: Nancy Ribaudo; (iii) co-counsel to the Chapter 11 Trustee, Morris, Nichols, Arsht & Tunnell LLP, P.O. Box 1347, Wilmington, DE 19899, Attn: Derek C. Abbott and Joseph C. Barsalona II; (iv) counsel to the Prepetition Lenders and Stalking Horse Bidder, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Adam J. Goldberg and Jeffrey T. Mispagel; (v) co-counsel to the Prepetition Lenders and Stalking Horse Bidder, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801, Attn: Michael R. Lastowki, Sommer L. Ross, and Jarret P. Hitchings; and (vi) the U.S. Trustee, United States Department of Justice, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Richenderfer (collectively, the **"Objection Recipients"**).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT A SALE OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE A SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER WILL BE FOREVER BARRED FROM ASSERTING ANY SALE OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTOR ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS EFFECTED THEREUNDER.**

PLEASE TAKE FURTHER NOTICE that this Notice is subject to the terms and conditions of the Motion, the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Chapter 11 Trustee encourages parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to: counsel to the Chapter 11 Trustee, Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102, Attn: Nancy Ribaudo (nancy.ribaudo@kellyhart.com).

[*The remainder of this page is intentionally left blank.*]

Dated: [ ● ], 2020
      Wilmington, Delaware

                                        */s/  Draft*
                                        Derek C. Abbott (No. 3376)
                                        Joseph C. Barsalona II (No. 6102)
                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                        1201 N. Market Street, 16th Floor
                                        P.O. Box 1347
                                        Wilmington, Delaware 19899-1347
                                        Telephone: (302) 658-9200
                                        Facsimile: (302) 658-3989
                                        Email: dabbott@mnat.com
                                                  jbarsalona@mnat.com

                                        - and –

                                        Nancy L. Ribaudo (*pro hac vice* pending)
                                        KELLY HART & HALLMAN LLP
                                        201 Main Street, Suite 2500
                                        Fort Worth, Texas  76102
                                        Telephone: (817) 878-3574
                                        Facsimile: (817) 878-9744
                                        Email: nancy.ribaudo@kellyhart.com

                                        *Counsel to Michael A. McConnell, Esq., as Chapter 11*
                                        *Trustee to PWR Invest, LP and its debtor affiliates*