# **EXHIBIT 3**

**Post-Auction Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PWR INVEST, LP, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11164 (JTD)<br><br>(Jointly Administered)<br><br>Re: D.I. 492 |

**NOTICE OF SUCCESSFUL [AND BACKUP] BIDDER**
**WITH RESPECT TO THE AUCTION OF THE DEBTORS' ASSETS**

　　　PLEASE TAKE NOTICE that, on [ ● ], 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. [ ● ]] (the "**Bidding Procedures Order**"):[2] (i) approving proposed bidding procedures (the "**Bidding Procedures**") by which Michael A. McConnell, Esq., the duly appointed chapter 11 trustee (the "**Chapter 11 Trustee**") for the above-captioned debtors (the "**Debtors**"), was to solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of the Debtors' assets (the "**Assets**") through one or more sales of the Assets (each, a "**Transaction**"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**"); (iii) approving the procedures governing the Chapter 11 Trustee's selection of a stalking horse bidder (the "**Stalking Horse Bidder**"); (iv) scheduling (a) a date for an auction if the Chapter 11 Trustee receives one or more timely and acceptable Qualified Bids (the "**Auction**") and (b) a final hearing (the "**Sale Hearing**") to approve one or more Transactions, as necessary; (v) approving the form and manner of notice of all procedures, schedules, and agreements; and (vi) granting related relief.

　　　[PLEASE TAKE FURTHER NOTICE that, on June 22, 2020, at 10:00 a.m. (Central Daylight Time), pursuant to the Bidding Procedures Order, the Chapter 11 Trustee conducted the Auction with respect to the Assets. // PLEASE TAKE FURTHER NOTICE that, as of June 19, 2020, at 5:00 p.m. (Central Daylight Time), the deadline for receipt of Bids by the Bid Notice Parties under the provisions of the Bidding Procedures, the Chapter 11 Trustee had not received

---

[1] The Debtors in these chapter 11 cases (collectively, the "**Cases**"), together with the last four digits of each Debtor's federal tax identification number, are as follows: Oklahoma Merge, LP (1308), Oklahoma Merge Midstream, LP (8433), Oklahoma River Basin, LP (0385), PWR Oil & Gas General Partners, Inc. (4963), and PWR Invest, LP (7429). The mailing address of the Chapter 11 Trustee is Kelly Hart & Hallman LLP, Attn: Michael A. McConnell, Esq., 201 Main Street, Suite 2500, Fort Worth, TX 76102, with copies to Kelly Hart & Hallman LLP, c/o Nancy L. Ribaudo, 201 Main Street, Suite 2500, Fort Worth, TX 76102 and Morris, Nichols, Arsht & Tunnell LLP, c/o Derek C. Abbott and Joseph C. Barsalona II, 1201 North Market Street, Suite 1600, Wilmington, DE 19801.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

any Qualified Bids aside from the Stalking Horse Bid, and the Stalking Horse Bidder has therefore been deemed the Successful Bidder in accordance with the Bidding Procedures.]

PLEASE TAKE FURTHER NOTICE that, at the conclusion of the Auction, the Chapter 11 Trustee, in consultation with its professionals, selected [ ● ] as the Successful Bidder(s) [and [ ● ] as the Backup Bidder(s)] with respect to the Assets.

**PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of a Sale and the transfer of the Assets, including the Selected Designated Contracts, to the Successful Bidder(s), free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801 on June 24, 2020 at 2:00 p.m. (Eastern Daylight Time).  The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in the Cases.**

**PLEASE TAKE FURTHER NOTICE that any objections (a) to the manner in which the Auction was conducted, (b) to the identity of the Successful Bidder [or Backup Bidder], and/or (c) based on the ability of the Successful Bidder [or Backup Bidder] to provide adequate assurance of future performance to counterparties to executory contracts and unexpired leases contemplated to be assumed and assigned to the Successful Bidder [or Backup Bidder] must be filed with the Court no later than two (2) hours prior to the commencement of the Sale Hearing;** *provided***, that any contract counterparty that did not receive an Assumption Notice or received a revised Assumption Notice within seven (7) days prior to the Sale Hearing shall have until 5:00 p.m. (Eastern Daylight Time) on the date that is seven (7) days after the later of the date of service of this notice and service of the Assumption Notice to file a Contract Objection.  Attached as Exhibit 1 to a notice previously filed with the Court [Docket No. \_\_\_\_] was a list of the contracts and leases proposed to be assumed and assigned to the Successful Bidder and/or Backup Bidder (the "<u>Designated Contracts List</u>").**

PLEASE TAKE FURTHER NOTICE that, at the Sale Hearing, the Chapter 11 Trustee will seek Court approval of the Successful Bid [and the Backup Bid], and the assumption and assignment of the Designated Contracts to the Successful Bidder [and/or Backup Bidder (as applicable)].  Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Transaction(s) and there will be no further bidding at the Sale Hearing.  [In the event that the Successful Bidder cannot or refuses to consummate the Transaction(s) because of the breach or failure on the part of the Successful Bidder, the Backup Bidder will be deemed the new Successful Bidder and the Chapter 11 Trustee shall be authorized, but not required, to close with the Backup Bidder on the Backup Bid without further order of the Bankruptcy Court.]

PLEASE TAKE FURTHER NOTICE that this Notice is subject to the terms and conditions of the Motion, the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Chapter 11 Trustee encourages parties in interest to review such documents in their entirety.  Parties with questions

regarding this Notice should contact the Chapter 11 Trustee's counsel at Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102, Attn: Nancy Ribaudo (email: nancy.ribaudo@kellyhart.com).

Dated: [ ● ], 2020
      Wilmington, Delaware

                                    */s/ Draft*
                                    Derek C. Abbott (No. 3376)
                                    Joseph C. Barsalona II (No. 6102)
                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                    1201 N. Market Street, 16th Floor
                                    P.O. Box 1347
                                    Wilmington, Delaware 19899-1347
                                    Telephone: (302) 658-9200
                                    Facsimile: (302) 658-3989
                                    Email: dabbott@mnat.com
                                              jbarsalona@mnat.com

                                    - and –

                                    Nancy L. Ribaudo (*pro hac vice* pending)
                                    KELLY HART & HALLMAN LLP
                                    201 Main Street, Suite 2500
                                    Fort Worth, Texas  76102
                                    Telephone: (817) 878-3574
                                    Facsimile: (817) 878-9744
                                    Email: nancy.ribaudo@kellyhart.com

                                    *Counsel to Michael A. McConnell, Esq., as Chapter 11 Trustee to PWR Invest, LP and its debtor affiliates*